IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| KRIK v. BP AMERICA, INC. et al | PA-ED No. 11-CV-63473<br>*Trans from IL-N Case No. 10-07435* |

Plaintiff's Revised Statement of Expert Witness Reports 10/19/2011

Plaintiff submits written reports from the following expert witnesses. Their reports and Rule 26(a)(2)(B) disclosures are attached as exhibits. Plaintiff reserves the right to submit additional reports in rebuttal or for other good cause.

1. Retained Experts:
   a. Arthur Frank
   b. Frank Parker
   c. Arnold Brody
   d. Joseph Ferriter
   e. William LaPointe
   f. Materials Analytical Services, Inc. (List of prior testimony, compensation statement and signature page to be supplied. Attachments too large for PACER - separately mailed.)
   g. Barry Castleman (signature page to be supplied)
   h. Stan Smith
   i. Dale Edwards

2. Non-retained Experts:
   a. Nafisa D. Burhani, MD (oncologist)
   b. Luke Cho, MD (urologist)

Dated: 10/19/11
Prepared by:

*[signature]*

Attorney for plaintiff
Robert G. McCoy
Cascino Vaughan Law Offices Ltd.
220 S. Ashland Avenue
Chicago IL 60607
312-944-0600