IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES KRIK,<br><br>                Plaintiff,<br>v.<br><br>BP AMERICA, INC., et al.,<br><br>                Defendants. | Cause No. 01 MDL 875<br><br>Case No. 11-CV-63473<br><br>*Trans. from IL-ND Case No. 10-CV-07435* |

<u>Declaration in Support of Plaintiff's Consolidated Response to Motions for Summary Judgment</u>

Robert G. McCoy declares as follows:

1. I am an attorney at Cascino Vaughan Law Offices, attorneys for plaintiff Charles Krik. I make this declaration based on my personal knowledge in support of Plaintiff's Consolidated Response to Motions for Summary Judgment.

2. Attached as Exhibits are true and accurate copies of the following:

    1. Krik deposition, dated July 18, 2011
    2. Krik deposition, dated August 4, 2011
    3. Excerpt re: destroyers from Jane's Fighting Ships, 1954-1955
    4. Krik Verified Response to Standard Interrogatories, dated June 17, 2011
    5. Answers of Owens Illinois, Inc. to Plaintiff's Interrogatories in the case of *Montgomery Board of Education v. W.R. Grace Company, et al.*, C/A No. 83-V-779-N
    6. Krik affidavit, dated January 23, 2012
    7. Kleinrath deposition, dated November 14, 2011
    8. Parker deposition, dated January 4, 2012
    9. Frank declaration, dated September 16, 2011

10. Ferriter report, dated October 18, 2011

11. Parker affidavit, dated January 25, 2012

12. Qualified products list of products qualified under military specification (MIL-I-2781)

13. Qualified products list of products qualified under military specification (MIL-I-2819)

14. Memorandum of Agreement and Sales Agreement between Owens-Illinois Glass Company and Owens-Corning Fiberglas Corporation

15. Parker report, dated September 17, 2011

16. Excerpts from "Dust Producing Operations in the Production of Petroleum Products and Associated Activities," dated July 1937

17. Castleman report, dated October 19, 2011

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2012

_____
Robert G. McCoy