# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: Asbestos Product Liability Litigation (No. VI) | Civil Action No. MDL 875 |
|---|---|
| KRIK v. AC AND S INC., et al. | PA-ED Case No. 08-cv-91296<br>*Trans from IN-N Case No. 2:01CV 242JM* |

Declaration of Charles Krik

Charles Krik, being duly sworn on oath, deposes and states as follows:

1. I am the plaintiff in the above-captioned case. All of the evidence that I have provided as below is based on my personal knowledge.

2. The evidence that I provide below is also intended to supplement the depositions that I gave on July 18, 2011 and August 4, 2011. This is a supplemental affidavit to discuss matters which I was not asked to explain at the deposition and to provide all parties with a more detailed record of the evidence.

3. The brickwork on fireboxes of the Pacific fleet destroyers had to be rebuilt about every 18 months which required removal and replacement of the insulation block. The Kaylo blocks crumbled into pieces when they were removed, typically using a hammer, and the pieces and dust were swept up with a broom.

4. I performed at least 25 boiler firebox brickwork jobs while serving in the Navy before I was stationed on the Bryce Canyon. While serving on the Bryce Canyon, I performed about one firebox job every 2 months. I used about the amount of 6 cases of Kaylo before serving on the Bryce Canyon ship.

5. Before being stationed on the Bryce Canyon, I used Kaylo on about 25 superheater jobs and about 2 steam drum jobs. The amount of Kaylo used on these jobs was 20-25 cases.

6. Application of the Kaylo blocks required cutting and sawing. These activities generated dust.

7. The Jenkins, Walker, Taylor, and Sproston are destroyers in the Pacific fleet that I served on between the years of 1954 and October 1958.

8. When I worked at BP Amoco, the insulation on the condensers that had to be removed was about 2 inches thick and covered the entire head. Removal of the insulation was done with hammers.

9. During a major shut-down at the Mobil facility that took place in the mid-1980s, Mobil employees were present to provide myself and other pipefitters with asbestos-containing gaskets. Mobil employees also observed me as I performed work that involved scraping and wire brushes during removal of gaskets and installing new gaskets.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature: Charles Krik]*

Charles Krik

January 27th, 2012