IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| CHARLES KRIK, | Plaintiff, | Cause No. 01 MDL 875 | **FILED**<br>JAN 3 1 2012 |
| v. | | | MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk |
| BP AMERICA, INC., et al., | | Case No. 11-CV-63473 | |
| | Defendants. | *Trans. from IL-ND Case No. 10-CV-07435* | |

### ORDER GRANTING RAPID-AMERICAN CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Having reviewed Defendant Rapid-American Corporation's Motion for Summary Judgment and supporting materials, and having received a Stipulation of No Opposition to that motion from Plaintiff,

IT IS HEREBY ORDERED that Rapid-American Corporation's Motion for Summary Judgment is GRANTED, and that Rapid-American Corporation is dismissed from this action with prejudice and without costs to either party.

Dated this ____ day of _____, 2012.

**JAN 3 0 2012**

By the Court:

_____
Hon. Eduardo C. Robreno