
ER

11-63473-File

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | Civil Action NO. MDL 875 |
| LLOYD ANDERSON, | ) ) | |
| Plaintiff, | ) | PA-ED Case No. 11-cv-63482 x **FILED** |
| v. | ) | |
| A.W. CHESTERTON COMPANY, et al., | ) | FEB - 1 2012 |
| Defendants. | ) ) | |
| | ) | MICHAEL E. KUNZ, Clerk |
| GERALD F. BUSHMAKER, | ) ) | By_____Dep. Clerk |
| Plaintiff, | ) | PA-ED Case No. 10-cv-61116 y |
| v. | ) | |
| A.W. CHESTERTON COMPANY, et al., | ) | |
| Defendants. | ) | |
| | ) | |
| CECIL L. DILLMAN, | ) | |
| Plaintiff, | ) | PA-ED Case No. 08-cv-91767 x |
| v. | ) | |
| AP GREEN REFRACTORIES CO et al., | ) | |
| Defendants. | ) | |
| | ) | |
| PAUL W GEHRT, | ) | |
| Plaintiff, | ) | PA-ED Case No. 08-cv-92066 y |
| v. | ) | |
| AC AND S INC et al., | ) | |
| Defendants. | ) | |
| | ) | |
| MARION J GOEKEN, | ) | |
| Plaintiff, | ) | PA-ED Case No. 10-cv-68122 y |
| v. | ) | |
| AC AND S INC et al., | ) | |
| Defendants. | ) | |
| | ) | |
| LARRY A KINSER, | ) | |
| Plaintiff, | ) | PA-ED Case No. 08-cv-92034 x |
| v. | ) | |
| ANCHOR PACKING COMPANY et al., | ) | |
| Defendants. | ) | |
| | ) | |

| | |
|---|---|
| CHARLES KRIK,<br>    Plaintiff,<br>v.<br>AC AND S INC et al.,<br>    Defendants. | PA-ED Case No. 11-cv-63473 |
| JOSEPH E PLEAUGH,<br>    Plaintiff,<br>v.<br>A.W. CHESTERTON COMPANY, et al.,<br>    Defendants. | PA-ED Case No. 11-cv-63519 |
| DEON W. WRIGHT,<br>    Plaintiff,<br>v.<br>A.W. CHESTERTON COMPANY, et al.,<br>    Defendants. | PA-ED Case No. 11-cv-66748 |

## ORDER

AND NOW, this 1st day of February, 2012, upon consideration of the parties' joint request to extend the deadlines for expert discovery and motions *in limine* by 45 days, and plaintiffs' unopposed request to extend the time in which to respond to all the summary judgment motions in these cases, and after having discussed these issues on January 18, 2012, January 20, 2012, and February 1, 2012, it is hereby **ORDERED** that the November 16, 2011 Second Amended Case Management and Scheduling Order for the "Top Ten" Cases (Doc. No. 231 as filed in 11-CV-63482) which includes the nine (9) remaining cases listed above shall be AMENDED as follows:

**A.**  **Summary Judgment Motions in the Top Ten cases**

  1. Plaintiffs were to have filed their responses to all summary judgment motions except those specifically delineated below by:                         January 27, 2012

  2. Defendants may file replies by:            February 3, 2012

|   |   |
|---|---|
| 3. Plaintiffs shall file their response to the motion for summary judgment filed by Crane Co. in Krik, 08-cv-91296 (Doc. No. 169) by: | February 10, 2012 |
| 4. Crane Co. may file a reply by: | February 17, 2012 |
| 5. Plaintiffs shall file their response to the motion for summary judgment filed by CBS in Krik, 08-cv-91296 (Doc. No. 149) by: | February 22, 2012 |
| 6. CBS may file a reply by: | February 29, 2012 |
| 7. John Crane was to have filed its motion for summary judgment in Wright, 11-66748 by:[1] | January 26, 2012 |
| 8. Plaintiffs shall file their response by: | February 9, 2012 |
| 9. John Crane may file a reply by: | February 16, 2012 |
| 10. Georgia-Pacific shall file its motion for summary judgment in Pleaugh, 11-63519 by:[2] | February 27, 2012 |
| 11. Plaintiffs shall file their response by: | March 19, 2012 |
| 12. Georgia-Pacific may file a reply by: | March 26, 2012 |

B. **Expert Discovery and Reports, and Motions in Limine**

|   |   |
|---|---|
| 1. Defendants shall file motions *in limine* where the exclusion of evidence from that expert would be case dispositive[3] (except those pertaining to Drs. Schonfeld, Anderson and Sadek) by: | March 2, 2012 |
| Responses shall be filed by: | March 16, 2012 |
| Replies, if any, may be filed by: | March 23, 2012 |

---

[1] In a separate order, John Crane was granted an extension of time to file its motion for summary judgment. (11-66748 Doc. No. 198).

[2] Similarly, Georgia-Pacific was likewise granted an extension of time to file its motion for summary judgment. (11-63519 Doc. No. 251).

[3] This is the only type of motion *in limine* that should be filed by the parties.

2. Depositions by Plaintiffs of Defendants' experts
   shall be completed by:                                              March 9, 2012

3. Plaintiffs shall file motions *in limine* as to Defendants'
   experts by:                                                         March 20, 2012

      Defendants' Responses shall be filed by:                          April 3, 2012

      Replies, if any, may be filed by:                                 April 10, 2012

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE