# EXHIBIT 23

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| KRIK v. BP AMERICA, INC. et al | PA-ED No. 11-CV-63473<br>*Trans from IL-N Case No. 10-07435* |

**Declaration of Charles Krik**

CHARLES KRIK, declares and says:

1. I am the plaintiff in the above-captioned case. This is a supplemental Declaration to discuss matters I was not asked to explain at my deposition and to provide all parties with a more detailed record of the evidence. All of the evidence I have provided below is based on my personal knowledge.

2. I served in the Navy from 1954 to 1970 first as a boilerman and then as a boilermaker. I was based in Long Beach, CA, and deployed to the Phillippines and Japan, doing repair work on boilers, high-pressure, high-temperature turbines and other steam system equipment on destroyers in the Seventh Fleet in the Pacific.

3. Part of my duties aboard ships, including without limitation, the destroyer tender U.S.S. Bryce Canyon and later the U.S.S. Tutulia as boiler shop supervisor during the period between 1954 to 1970 was to order parts, which included gaskets and packing.

4. I ordered Cranite brand sheet packing from the Navy supply catalog on a routine basis, probably at least a hundred of times. The materials was listed in the Navy catalog under the trade name "Cranite". I would fill out order forms, which were sent to the base supply depot, which would order the products. Cranite was the primary brand of sheet packing material I



EXHIBIT 23

ordered.

5. I worked with Cranite sheet packing material to make gaskets on a regular basis between 1954 and 1970, performing repair work on high-temperature steam lines, including valves and flanges on those lines, associated with boilers and turbines and other steam system equipment, on numerous Pacific Fleet ships. This work included the removal of existing Cranite gaskets and installation of new Cranite gaskets. The installation of gaskets required first the removal of the existing gaskets, which was performed in the manner described in my deposition testimony.

6. Frequently I observed that the existing gasket I was replacing was Cranite product, as when the material was not too deteriorated the Cranite name or logo was still visible on the gasket. The installation of the new Cranite gasket was done in the manner described in my deposition testimony. I installed and removed Cranite materials over one hundred times each.

7. I also ordered and worked with Cranite gasket and sheet packing materials after being honorably discharged from the Navy in 1970 and working in the civilian sector at industrial sites. The manner in which I installed and removed Cranite products was the same in civilian work as it was in the Navy. In civilian work I installed and removed Cranite brand over one hundred times each.

8. As a civilian boilermaker and pipefitter I recall removing and replacing many Cranite gasket and packing material products on a regular basis through at least the mid to late-1970s. Typically, the gaskets on valves on high-temperature lines need to be replaced on average every five years, although some can have shorter or longer intervals before replacement.

9. I ordered Cranite products as they were suitable for the specific systems and applications with which I was working, for example valves, piping and other equipment. The

systems and applications were often the same in the Navy work and the civilian work.

10. Having worked in the Navy ordering parts and products during the period between 1954 and 1970, I became familiar with how the Navy supply system operated in terms of ordering of piping, valves, and gasket materials. If the Navy wanted a specialty item for a particular application, it would issue a specification and invite vendors to bid on producing the item. In the case of the Cranite products I ordered and used in the Navy, I cannot recall any which were mandated as components pursuant to any Navy specification for specialty products. The Navy applications for my work all involved ordering from a standard lists of vendor brands of which Cranite was the primary one I ordered and used.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2012

*(signature)*
CHARLES KRIK