# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES KRIK | : |
| | : MDL-875 |
| v. | : |
| | : E.D. Pa. Civil Action Nos: |
| BECHTEL CONSTRUCTION CO., et al. : | 11-63473 |

## ORDER

AND NOW, this 1st day of February, 2012, following upon a Recorded Telephone Conference held on this same date, in which counsel for Plaintiff represented that Plaintiff seeks to add a rebuttal expert pertaining to an affirmative defense raised by two defendants in their respective motions for summary judgment,[1] it is hereby **ORDERED** that:

(1) Plaintiff shall have until **February 21, 2012**, to file a Motion for Leave to add a witness;

(2) Defendants shall have until **February 28, 2012** to file a Response;

(3) Plaintiff shall not file a Reply without seeking leave of the Court to do so. The Court does not anticipate a need for Plaintiff to file such a motion, but will consider it, if necessary.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] During the Recorded Telephone Conference, counsel for CBS Corporation represented that these two defendants are CBS Corporation ("Westinghouse") and Crane Co., who filed CBS Corporation's Fed. R. Civ. P. 56 Summary Judgment Motion (Doc. No. 149) and Defendant Crane Co.'s Motion for Summary Judgment (Doc. No. 169), respectively. Counsel represented that both of these motions for summary judgment assert the government contractor defense, specifically related to the Plaintiff's service in the United States Navy.