UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL DOCKET NO.: MDL 875 |
| THIS DOCUMENT RELATES TO:<br><br>Charles Krik v. BP America, et al. | Eastern District of Pennsylvania<br>Civil Action No.: 2:11-CV-63473<br><br>Northern District of Illinois<br>Civil Action No. 10 CV 7435 |

FILED
APR 11
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed by and between the undersigned counsel that all claims including cross-claims against Defendant, CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse"), in the above referenced matters, are hereby dismissed without prejudice and without costs.

IT IS FURTHER STIPULATED that an order to this effect may be entered without further notice.

Dated this 9th day of April, 2012.

By: s/ Michael P. Cascino
Michael P. Cascino
Kristen Stambaugh
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607
Telephone: (312) 944-0600
Facsimile: (312) 944-1870
kstambaugh@cvlo.com
*Attorney for Plaintiff Charles Krik*

Dated this 9th day of April, 2012.

By: s/ Richard M. Lauth
Richard M. Lauth
Evert Weathersby Houff
3405 Piedmont Road, Suite 200
Atlanta, GA 30305
Telephone: (678) 651-1234
Facsimile: (678) 651-1201
rmlauth@ewhlaw.com
*Attorney for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation*

So ORDERED.

/s/ Eduardo C. Robreno, J.

APR 11 2012