# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL DOCKET NO.: MDL 875 |
| THIS DOCUMENT RELATES TO:<br><br>Charles Krik v. BP America, et al. | Eastern District of Pennsylvania<br>Civil Action No.: 2:11-CV-63473<br><br>Northern District of Illinois<br>Civil Action No. 10 CV 7435 |

**FILED**
APR 17 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER FOR DISMISSAL

Upon the stipulation of the parties,

**IT IS ORDERED THAT** all claims against Defendant, CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse"), including all cross-claims, are dismissed without prejudice and without costs.

Dated this 16th day of April 2012.

BY THE COURT:

_____

Eduardo C. Robreno, J.